994

*Acting Assistant Attorney General Rice* and *Robert N. Anderson* for respondent.

No. 653. CLICK *v.* JACKSONVILLE TERMINAL Co. Supreme Court of Florida. Certiorari denied. *Will O. Murrell* for petitioner. *Elliott Adams* for respondent.

No. 654. DE VEGVAR *v.* GILLILLAND ET AL., CONSTITUTING THE FOREIGN CLAIMS SETTLEMENT COMMISSION OF THE UNITED STATES, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ernest Angell, Percy A. Shay* and *James E. Hughes* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Samuel D. Slade* and *B. Jenkins Middleton* for respondents. *Philip Levy, Samuel A. McCain, Milton Pollack* and *Robert T. Reynolds* filed a brief for Anninger et al., as *amici curiae,* in opposition to the petition.

No. 659. MOODY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *L. E. Gwinn* for petitioner. *Solicitor General Sobeloff* and *Acting Assistant Attorney General Rice* for the United States.

No. 660. BLUNT *v.* EMPLOYERS MUTUAL LIABILITY INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Franklin Jones* and *C. A. Brian* for petitioner. *Hobert Price* and *Royal H. Brin, Jr.* for respondent.

No. 663. CHRISTIANSON ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Eugene Gressman* and *John W. Graff* for petitioners. *Solicitor General Sobeloff,*

*Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.

No. 665. CHESBRO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Samuel B. Groner* and *Harold Fein* for petitioners. *Solicitor General Sobeloff, Acting Assistant Attorney General Rice, Harry Baum* and *S. Dee Hanson* for respondent.

No. 666. FREEMAN *v.* SUSSIN CORPORATION ET AL. C. A. 7th Cir. Certiorari denied. *Francis B. Stine* for petitioner. *Harry C. Kinne* for the Sussin Corporation, and *Benjamin F. Morrison* for Parkin, respondents.

No. 668. COLE ET AL. *v.* FAIRVIEW DEVELOPMENT, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Bailey E. Bell* for petitioners.

No. 670. McVAY *v.* PENNSYLVANIA EX REL. McVAY. Supreme Court of Pennsylvania, Western District. Certiorari denied. *Thomas W. Pomeroy, Jr.* for petitioner. *Dane Critchfield* for respondent.

No. 671. DWYER ET AL., TRUSTEES, *v.* FRANKLIN. C. A. 7th Cir. Certiorari denied. *J. G. Shehee* for petitioners. *Jacob B. Courshon* for respondent.

No. 673. SQUIRREL BRAND Co. *v.* BARNARD NUT Co., INC. C. A. 5th Cir. Certiorari denied. *Cedric W. Porter* and *Francis C. Browne* for petitioner. *Ben Paul Noble* for respondent.